UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00343-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JACOB SCOTT,

    Defendant.

## ORDER

On September 22, 2015, the parties contacted my chambers in order to set this matter for a jury trial.  Accordingly, based on the parties' statements during that telephone conference, it is

ORDERED that a 5-day jury trial is set for **Monday, November 16, 2015 at 9:00 a.m., in Courtroom A-1002.**  It is

FURTHER ORDERED that defense counsel shall file a motion to continue the trial not later than **Friday, October 23, 2015.**

Dated:  September 22, 2015

                                  BY THE COURT:

                                  */s/ Wiley Y. Daniel*
                                  Wiley Y. Daniel
                                  Senior United States District Judge