UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00343-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JACOB SCOTT,

      Defendant.

---

**ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      A Notice of Disposition was received in the above captioned matter on November 16, 2015.  On or before **Friday, November 20, 2015,** counsel for the parties shall **jointly** contact my Chambers at (303) 844-2170 to set a Change of Plea Hearing.

      Dated:  November 17, 2015